IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00085-PAB-CBS

MICHAEL GARCIA,

       Plaintiff,

v.

CONSUMER RECOVERY ASSOCIATES, LLC, a Virginia limited liability company,

       Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement document has been executed by the parties and delivered to all counsel and the settlement terms have been completed by the parties. The parties expect this to happen by February 11, 2011.

Dated: February 2, 2011.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson_____ | _s/ Louis Leonard Galvis__ |
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Sessions, Fishman, Nathan & Israel, LLC |
| Colorado Springs, Colorado 80903 | 645 Stonington Lane |
| Telephone: (719) 473-0006 | Fort Collins, CO 80525 |
| Attorney for the Plaintiff | Telephone: (970) 223-4420 |
| | Attorney(s) for the Defendant |