IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00085-PAB-CBS

MICHAEL GARCIA,

    Plaintiff,

v.

CONSUMER RECOVERY ASSOCIATES, LLC, a Virginia limited liability company,

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE
---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: February 3, 2011.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson_____ | _s/ Louis Leonard Galvis__ |
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Sessions, Fishman, Nathan & Israel, LLC |
| Colorado Springs, Colorado 80903 | 645 Stonington Lane |
| Telephone: (719) 473-0006 | Fort Collins, CO 80525 |
| Attorney for the Plaintiff | Telephone: (970) 223-4420 |
| | Attorney(s) for the Defendant |